Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## Northern District of Florida

UNITED STATES OF AMERICA

V.

Crim. No. 3:95cr03039-04/RV

**Calvin Avery**

On November 3, 1995, the above named was placed on Supervised Release for a period of 5 years which term commenced on April 28, 2003. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that Calvin Avery be discharged from Supervised Release.

Respectfully submitted,

Larry J. Gibbs
Supervising U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this 9 day of August, 2005.

Roger Vinson
Senior U.S. District Judge

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

2005 AUG -9 PM 3: 17

FILED